MARK MERMELSTEIN (STATE BAR NO. 208005)
mmermelstein@orrick.com
T. WAYNE HARMAN (STATE BAR NO. 254089)
wharman@orrick.com
EMILY K. BROWN (STATE BAR NO. 308010)
emily.brown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:   (213) 629-2020
Facsimile:   (213) 612-2499

JS-6

Attorneys for Plaintiff
Ishmael Mizrahi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL MIZRAHI, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHERRY RANKINS,<br>QUINCY HINNANT,<br><br>Defendants. | Case No. CV 14-6692 JFW-E<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

## ORDER OF DISMISSAL

Having considered the joint stipulation by Plaintiff and Defendants, IT IS HEREBY ORDERED that:

1.  The above-captioned action is dismissed with prejudice; and

2.  The parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 13, 2016

_____
Honorable John F. Walter
United States District Judge

CC: Magistrate Judge Eick